814

Appeals of New York. Probable jurisdiction noted. *John Lord O'Brian* for appellants. 

No. 129. DOUD ET AL., DOING BUSINESS AS BONDIFIED SYSTEMS, ET AL. *v.* HODGE, AUDITOR OF PUBLIC ACCOUNTS OF ILLINOIS, ET AL. Appeal from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *John J. Yowell* for appellants. *Latham Castle,* Attorney General of Illinois, and *William C. Wines* and *Raymond S. Sarnow,* Assistant Attorneys General, for appellees. 

No. 233. DIXIE CARRIERS, INC. ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Southern District of Texas. Probable jurisdiction noted. *Donald Macleay* for the Dixie Carriers, Inc. et al., and *Nuel D. Belnap* for the Federal Barge Line, Inc. et al., appellants. *Solicitor General Sobeloff, Assistant Attorney General Barnes* and *Daniel M. Friedman* for the United States, *Samuel R. Howell* for the Interstate Commerce Commission, and *John A. Daily* for the New York Central Railroad Co. et al., appellees. 

No. 132. HOLOPHANE Co., INC. *v.* UNITED STATES. Appeal from the United States District Court for the Southern District of Ohio. Probable jurisdiction noted. MR. JUSTICE HARLAN took no part in the consideration or decision of this question. *Howard F. Burns, Shepard Broad* and *Lewis Horwitz* for appellant. *Solicitor General Sobeloff, Assistant Attorney General Barnes* and *Daniel M. Friedman* for the United States. 

